**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-39180 |
| Maria L. Gutierrez, | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | |
| | ) | **Date: Wednesday, August 4, 2021** |
| | ) | **Time: 1:00 PM** |

## NOTICE OF TRUSTEE'S MOTION TO AMEND ORDER APPROVING PAYMENT OF SETTLEMENT PROCEEDS TO THE ESTATE REGARDING PERSONAL INJURY CLAIM OF MARIA L. GUTIERREZ

PLEASE TAKE NOTICE that on **Wednesday, August 4, 2021 at 1:00 p.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, or any judge sitting in her stead, and present the **Trustee's Motion to Amend Order Approving Payment of Settlement Proceeds to the Estate Regarding Personal Injury Claim of Maria L. Gutierrez,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: July 27, 2021                         **N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of Maria L. Gutierrez,**

                                                  */s/ N. Neville Reid*
                                                  N. Neville Reid

N. Neville Reid (ARDC #6195837)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

2

07036\002\4206111.v2

## CERTIFICATE OF SERVICE

      I, N. Neville Reid, certify that on July 27, 2021, I caused a copy of the foregoing **Trustee's Motion to Amend Order Approving Payment of Settlement Proceeds to the Estate Regarding Personal Injury Claim of Maria L. Gutierrez,** to be filed electronically through the Court's CM/ECF filing system and to be served upon the attached Service List by the Court's ECF filing system or first-class U.S. Mail, as indicated.

                                            */s/ N. Neville Reid*
                                            N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joseph A. Serpico on behalf of Debtor Maria L. Gutierrez
notice@ledfordwu.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

Maria L. Gutierrez
10411 S. Komensky Avenue
Unit 2-B
Oak Lawn, IL 60453

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-39180 |
| Maria L. Gutierrez, | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | |
| | ) | **Date:  August 4, 2021** |
| | ) | **Time: 1:00 PM** |

### TRUSTEE'S MOTION TO AMEND ORDER APPROVING PAYMENT OF SETTLEMENT PROCEEDS TO THE ESTATE REGARDING PERSONAL INJURY CLAIM OF MARIA L. GUTIERREZ

N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Maria L. Gutierrez (the "Debtor"), by and through his undersigned counsel, files this Motion ("Motion") to amend the order of the Court [Dkt. 30] approving the payment of settlement proceeds to the Estate regarding Debtor's product liability claim against a medical implant product manufacturer whose name has been redacted on the closing statement under the terms of the multi-district tort litigation case[1], on account of the fact that the settlement proceeds are greater than the amount previously approved, pursuant to Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  In support of this Motion, the Trustee states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(O).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### SETTLEMENT SUMMARY AND RELIEF REQUESTED

---

[1] A copy of the corrected Closing Statement is attached as **Exhibit 1.**

07036\002\4206111.v2                                  2

2.   On October 4, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as the Trustee for the Estate.

3.   On December 8, 2013, the Trustee filed a Report of No Distribution herein. Subsequently, the Court entered an order discharging the Trustee of his duties and closing the bankruptcy case.

4.   Subsequently, the U.S. Trustee received notification that the Debtor may be entitled to a settlement award related to a product liability claim. The U.S. Trustee believed that the proceeds from the settlement may be property of the Estate pursuant to 11 U.S.C. § 541(a). As a result, the U.S. Trustee asked the Court to enter an order reopening this case and authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the Estate. On August 22, 2017, the Court entered an order granting the reopening of this case and a letter was issued appointing N. Neville Reid as chapter 7 trustee for the Debtor's Estate.

5.   On April 17, 2019, the Trustee filed a motion requesting an order approving payment of gross settlement proceeds to the Estate totaling $90,000 (the "Total Settlement Proceeds") and resulting from a settlement agreement whose terms have heretofore been finalized and agreed upon by the Debtor's personal injury attorneys on behalf of the Debtor.

6.   On May 16, 2019, this Court entered an order granting approval of payment of the net settlement proceeds of $34,957.88 [Dkt. 30] (the "Approval Order").

7.   On July 9, 2021, the Trustee learned that the settlement proceeds increased by $13,556.09 to $48,513.97. The settlement terms are represented by the corrected closing statement from the Debtor's personal injury attorneys attached hereto as **Exhibit 1** (the "Settlement"), describing the itemized settlement amount net of fees and costs. Approval of the

Settlement will result in payment of the claims of the three creditors in this case and will also provide a surplus distribution to the Debtor.

8. The Settlement stems from Debtor's product liability claim against the manufacturer of a medical product. The Debtor filed a lawsuit, recently resolved with the manufacturer, seeking damages related to such claim.

9. After subtracting the necessary attorney's fees, costs, and outstanding charges that arose after the Debtor's filing for bankruptcy from the Total Settlement Proceeds, the remaining balance of Forty-Eight Thousand Five Hundred Thirteen and 97/100 Dollars ($48,513.97) (the "<u>Final Net Settlement Proceeds</u>") shall be paid to the Trustee on behalf of the Estate. The aforementioned itemized deductions taken from the Total Settlement Proceeds are described in **Exhibit 1** attached hereto.

10. By this motion, the Trustee requests this Court to amend the Approval Order to reflect the corrected amount of $48,513.97.

11. In light of the previous approval of the Settlement, and the fact that the amounts to be received are greater than previously approved, the Trustee submits that amending the Approval Order to authorize the Trustee to receive and distribute the Final Net Settlement Proceeds is in the best interests of the estate and should be approved.

## NOTICE

12. Seven (7) days' notice of this motion has been provided to: (i) the Office of the United States Trustee; (ii) the Debtor; (iii) all creditors who filed a proof of claim; and (iv) all other CM/ECF notice recipients by automatic electronic delivery. The Trustee does not believe that the regular 21 days' notice for settlements in Bankruptcy Rule 2002 is necessary for this Motion given the previous entry of the Approval Order (without objection) and the fact that the Final Net Settlement Proceeds will provide only greater benefit to the estate and therefore cannot

be disputed by anyone in good faith. Notice to additional parties would be burdensome and costly to the Estate as a result of photocopying, postage, and other expenses associated with the notice. In light of the straightforward nature of the relief sought herein, the Trustee respectfully requests, pursuant to Sections 102(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002(h) and 9006, that the Court find that the notice as actually given is sufficient under the circumstances and that no other or further notice is required in this matter.

**WHEREFORE**, the Trustee requests that this Court enter an order substantially in the form of the attached Proposed Order, authorizing the Trustee to consummate the Settlement by accepting the Final Net Settlement Proceeds after the necessary attorney's fees, costs, and outstanding charges are subtracted from the Total Settlement Proceeds.

Dated: July 27, 2021

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of Maria L. Gutierrez**

By: */s/ N. Neville Reid*
 N. Neville Reid

N. Neville Reid (ARDC #6195837)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

07036\002\4206111.v2

5