

EXHIBIT
1

## SETTLEMENT BREAKDOWN

| Client Name: | Gutierrez, Maria | |
|---|---|---|
| Address: | 3603 W. 55th St. | Client ID #: 57691 |
| City, State, Zip: | Chicago, IL  60632 | |

**TOTAL GROSS SETTLEMENT AWARD**                    **$90,000.00**

**ATTORNEYS' FEES SUMMARY**

**Contingency Fee Contract Rate:** 40.00%    **Total Attorneys' Fees:** ($36,000.00)

**Multi-District Litigation Plaintiff Steering Committee
(MDL PSC) Assessment – Attorney Share (2% of gross)**          ($1,800.00)

**Detailed Breakdown by Law Firm of Attorneys' Fees:**      **Allocated Fee:**

| | | |
|---|---|---|
| Mostyn Law Firm, P.C. | 45.00% | ($15,390.00) |
| Arnold & ItkinArnold Itkin | 45.00% | ($15,390.00) |
| Parilman Law Firm | 10.00% | ($3,420.00) |

**Total Attorneys' Fees**                                       **($34,200.00)**

**MEDICAL LIEN SUMMARY**

| | |
|---|---|
| Medicare, Medicaid, Private Liens | ($30.18) |
| Lien Resolution Fee | ($125.00) |
| **Total Medical Liens & Resolution Fee:** | **($155.18)** |

**CASE ADVANCES**

| | |
|---|---|
| Case Advances: | (-) |
| **Total Case Advance Liens:** | **(-)** |

**REIMBURSABLE EXPENSES**

| | | |
|---|---:|---:|
| **MDL PSC – Claimant Share (3% of Gross)** | | **$2,700.00** |
| | | |
| CASE-SPECIFIC COSTS: | | |
| Copy Charges and Mailing Supplies | $25.02 | |
| Court Costs & Filing Fees | $401.00 | |
| Delivery & Courier Charges | $51.71 | |
| Expert & Medical Record Review | $97.50 | |
| Medical Record Retrieval | $334.97 | |
| Firm Postage and Fax Charges | $44.57 | |
| Legal Research | $13.26 | |
| Travel Expenses | - | |
| Settlement Fund Administration Fee | $200.00 | |
| Check Processing and Postage | $11.96 | |
| Expense Credit | - | |
| Bankruptcy Coordination Fee | $700.00 | |
| | | |
| **Total Case Specific Costs** | | **$1,879.99** |
| | | |
| **General Expenses** | | **$750.86** |
| | | |
| **TOTAL EXPENSES** | | **$5,330.85** |

| **NET SETTLEMENT AFTER FEES, EXPENSES, LIENS:** | **$48,513.97** |
|---|---:|